JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 05-8924 AG (SSx)** | Date | July 30, 2010 |
|---|---|---|---|
| Title | United States of America ex rel. Wesley Todd Thorpe, et al. v. Halliburton Co., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. DISTRICT JUDGE | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**     [IN CHAMBERS] ORDER DISMISSING CASE

In this qui tam case, counsel for Plaintiffs withdrew from the case on May 24, 2010. (Doc. 39.)  The Court stated that "Plaintiffs have until July 26, 2010 to have new counsel enter an appearance and file a proof of service.  If relators are unable to comply with the deadline, the case will be dismissed . . . without prejudice to the United States." (*Id*.)  As of July 30, 2010, Plaintiffs have not complied with the deadline.  Thus, this case is DISMISSED without prejudice to the United States.

                                                                                      :    0

                                    Initials of
                                    Preparer              lmb